THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv256

| | |
|---|---|
| CONNEA BOONE on behalf of<br>Troy Alexander Bridges,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Amended Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: November 7, 2011

Martin Reidinger
United States District Judge